COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Toby Paul Couchman and Pro-Surv v. Elizabeth Cardona

Appellate case number:   01-14-01000-CV

Trial court case number: 2014-29414

Trial court:             189th District Court of Harris County

This case involves the trial court's consideration of an order of dismissal from a previous suit. This order is necessary for consideration of the appeal. Accordingly, the District Court Clerk is ORDERED to file a supplemental clerk's record in this Court that contains the following documents:

> "Order Dismissing All Claims Against Defendants Toby Paul Couchman and Pro-Surv Pursuant to Plaintiff's Notice of Nonsuit" from trial court case number **2014-12614**, Image No. 60802336.

TEX. R. APP. P. 34.5(c). The supplemental clerk's record is to be filed in this Court by **June 5, 2015**.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                   Acting individually

Date: May 28, 2015